# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE 2:07-578

ALBERT E. PARISH, JR.

## PLEA

The Defendant ALBERT E. PARISH, JR., acknowledges receipt of a copy of the INDICTMENT and after arraignment pleads not guilty in open court.

*Albert E Parish*
(Signed)     Defendant

CHARLESTON, SC, South Carolina
May 23, 2007