IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NUMBER: 2:07-578 |
| | ) | |
| -versus- | ) | |
| | ) | **NOTICE OF INTENT TO APPEAL** |
| ALBERT E PARISH, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Notice is hereby given that Albert E. Parish, Jr., the Defendant in the above-referenced case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the ruling by the Honorable David C. Norton, entered in this action on the 7th day of July, 2008. Counsel submits this Notice at the request of the Defendant and pursuant to the directives of the United States Fourth Circuit Court of Appeals in of *United States v. Poindexter.*[1]

Respectfully Submitted,

SAVAGE & SAVAGE, P.A.
15 Prioleau Street
Post Office Box 1002
Charleston, SC 29402
Telephone: (843) 720-7470

BY:____S/Andrew J. Savage, III_____
     ANDREW J. SAVAGE, III
     Federal ID Number: 3734
     ATTORNEY FOR DEFENDANT

Charleston, South Carolina
July 15, 2008

---

[1]See 492 F.3d 263 (4th Cir. 2007). *Poindexter* holds that counsel is required to file a Notice of Intent to Appeal at a client's direction, even if so doing is contrary to the provisions contained within a plea agreement or is harmful to the client's interests.