IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NUMBER: 2:07-578 |
| | ) | |
| -versus- | ) | |
| | ) | |
| ALBERT E PARISH, JR., | ) | **MOTION TO WITHDRAW** |
| | ) | **AS COUNSEL** |
| Defendant. | ) | |
| _____ | ) | |

TO:   THE HONORABLE DAVID C. NORTON

**NOW COMES** Andrew J. Savage, III, of Savage & Savage, P.A., pursuant to Local Civil Rule 83.I.07, hereby moves to withdraw as counsel. In support of this motion, counsel states as follows:

1. On May 9, 2007, Mr. Parish was indicted on six counts in violation of 18 U.S.C. § 1341 relative to wire fraud; four counts in violation of 18 U.S.C. §1343 relative to wire fraud; and one count in violation of 18 U.S.C. §1001 relative to false statements. He was arraigned and placed into custody on May 23, 2007. He was subsequently released under a secured bond following a hearing for bond modification on May 31, 2007.

2. On October 5, 2007, Mr. Parish pled guilty to Counts One, Four and Eleven of the Indictment.

1

3. On June 26, 2008, Mr. Parish appeared before this Honorable Court and was sentenced to two hundred ninety-two (292) months imprisonment.

4. At the direction of the Defendant, counsel filed a Motion for Reconsideration of Sentencing Condition on July 9, 2008. Said Motion remains pending as of this filing.

4. At the direction of the Defendant, counsel filed a Notice of Intent to Appeal on July 15, 2008.

5. Counsel for the Defendant seeks leave of this Court to withdraw as the Defendant's legal counsel *at the appellate stage* because the Defendant has noticed his intent to appeal and the undersigned was retained only for purposes of representation before this Honorable Court. The undersigned acknowledges the pending Motion for Reconsideration of Sentencing Condition before this Court, and does not seek to withdraw that Motion.

8. Counsel has notified the Assistant United States Attorney, Carlton R. Bourne, Jr., of this request.

9. The Defendant has been notified of counsel's intention to withdraw, and a copy of this Motion will be served upon him.

**WHEREFORE,** counsel hereby requests leave to withdraw as counsel for Albert E. Parish, Jr. and for the Court to appoint substitute counsel in the appellate process.

                    Respectfully submitted,

                    SAVAGE & SAVAGE, P.A.
                    15 Prioleau Street
                    Post Office Box 1002
                    Charleston, SC  29402
                    Telephone:  (843) 720-7470

BY:     s/Andrew J. Savage, III
                    ANDREW J. SAVAGE, III
                    Federal ID Number:  3734
                    ATTORNEY FOR DEFENDANT

Charleston, South Carolina

July 15, 2008.