# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

**ALBERT E. PARISH, JR.,**

        Petitioner,

  -v-

**CR #: 2:07-578-RMG-1**
**C/A #: 2:17-3315-RMG**

**UNITED STATES OF AMERICA**,

        Respondent.

_____

**Decision on the Record.**   This action came before the court on the record, Honorable Richard M. Gergel, United States District Judge presiding.    The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that the petitioner's "Motion for Relief Under 28 U.S.C. § 455(a),(b)(4), and Rule of Civil Procedure 60(b)(6) is **DENIED.**

                                                    ROBIN L. BLUME, Clerk

April 16, 2019

                                                    Deputy Clerk of Court