**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-6840

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

ALBERT E. PARISH, JR.,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Charleston. Richard Mark Gergel, District Judge. (2:07-cr-00578-RMG-1)

Submitted: October 17, 2019        Decided: October 22, 2019

Before MOTZ and QUATTLEBAUM, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Albert E. Parish, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

    Albert E. Parish, Jr., appeals the district court's orders denying his motion to vacate his sentence pursuant to Fed. R. Civ. P. 60 and denying his motion to reconsider pursuant to Fed. R. Civ. P. 59. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Parish*, No. 2:07-cr-00578-RMG-1 (D.S.C. Apr. 16, 2019 & May 13, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*