IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Number: 2:07-578 |
| | ) | |
| -versus- | ) | NOTICE OF APPEARANCE |
| | ) | |
| ALBERT E. PARISH | ) | |

The undersigned respectfully enters a notice of her appearance on behalf of ALBERT E. PARISH, in the above-captioned case.

            Respectfully submitted,

            BLAZER LAW FIRM
            1037 Chuck Dawley Blvd D100
            Mount Pleasant, SC 29464
            Telephone: (843) 732-4441

By:    */s/ Cameron Jane Blazer*
         Cameron Jane Blazer
         Federal ID Number: 10131

            Attorney for Defendant

Charleston, South Carolina
May 1, 2020